UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:09-cr-216
    JUDGE EDMUND A. SARGUS, JR.

DAVID W. HARRIS,

    Defendant.

## ORDER

Presently before the Court is Defendant's Motion to Modify Sentence. (Doc. 79.)

Pursuant to the General Order issued by the Court, this matter is referred to the Public Defender's Office.

1-4-2012
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE